# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH W. FARMER, | No. 4:18-CV-02216 |
| Plaintiff, | (Judge Brann) |
| v. | |
| LT. TODD HARMAN, | |
| Defendant. | |

## ORDER

### JUNE 2, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to dismiss the complaint, Doc. 36, is **DENIED**;

2. Plaintiff's complaint, Doc. 2, is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge